[No. 34675-0-I.     Division One.     June 17, 1996.]

BILL GARDINER, *Appellant*, v. JOHN RASMUSSEN, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-2-00180-5, David A. Nichols, J., entered May 10, 1994. *Affirmed* by unpublished per curiam opinion.

[Nos. 34973-2-I; 36407-3-I.     Division One.     June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY
LEE JOHNSON, *Appellant*.

*In the Matter of the Personal Restaint of* BOBBY L.
JOHNSON, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-01813-9, Richard M. Ishikawa, J., entered July 11, 1994. *Affirmed* and *remanded* by unpublished per curiam opinion.

[Nos. 35383-7-I; 35507-4-I.     Division One.     June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO A.
SUAREZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03539-4; 94-1-03541-6, Richard M. Ishikawa, J., entered October 31, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35631-3-I.     Division One.     June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GARLAND
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04655-8, Richard M. Ishikawa, J., entered November 15, 1994. *Affirmed* by unpublished per curiam opinion.